UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007



Roseann B. MacKechnie
CLERK

FILED
AUG 10 2004
NEW HAVEN, CONN.

| | |
|---|---|
| Date: | 8/10/04 |
| Docket Number: | 03-7673-cv |
| Short Title: | Bailey v. United Technologies |
| DC Docket Number: | 00-cv-2421 |
| DC: | DISTRICT OF CONNECTICUT (NEW HAVEN) |
| DC Judge: | Honorable Warren Eginton |

At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square in the City of New York, on the 10th day of August two thousand four.

GERALDINE H. BAILEY,

    Plaintiff - Appellant,

v.

UNITED TECHNOLOGIES CORP, PRATT & WHITNEY DIVISION,

    Defendant - Appellee.

A scheduling order in accordance with the Civil Appeals Management Plan of this court having been entered therein, requiring the record on appeal, the appellant's brief and the joint appendix to be filed on or before the dates stated on the scheduling order, and also providing that in the event of default by the appellant the appeal shall be dismissed forthwith, and it appearing that the appellant has so defaulted,

Upon consideration of the appeal herein it is **ORDERED** that the appeal be, and it hereby is dismissed.

Very truly yours,

Roseann B. MacKechnie, Clerk

By: Julius D. Crockwell
Deputy Clerk

A TRUE COPY
Roseann B. MacKechnie, CLERK
by: _____
DEPUTY CLERK

CERTIFIED: 8/10/04